Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−20887−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Charles L. Jones | Katrina J. Jones |
| 7 Elridge Place | 7 Elridge Place |
| Willingboro, NJ 08046 | Willingboro, NJ 08046 |

Social Security No.:
  xxx−xx−7476                                                  xxx−xx−3530

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 5/26/17 and a confirmation hearing on such Plan has been scheduled for August 16, 2017.

The debtor filed a Modified Plan on July 25, 2017 and a confirmation hearing on the Modified Plan is scheduled for September 6, 2017 at 10AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: July 27, 2017
JAN: mrg

                                                                                                         Jeanne Naughton
                                                                                                         Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey

In re:                                                                Case No. 17-20887-CMG
Charles L. Jones                                                      Chapter 13
Katrina J. Jones
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin                Page 1 of 2               Date Rcvd: Jul 27, 2017
                             Form ID: 186               Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2017.
db            +Charles L. Jones,    7 Elridge Place,    Willingboro, NJ 08046-2232
jdb           +Katrina J. Jones,    7 Elridge Place,    Willingboro, NJ 08046-2232
516850795     +Barclays Bank Delaware,    PO Box 8803,   Wilmington, NJ 19899-8803
516850797    ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank USA N,    15000 Capital One Drive,
                 Richmond, VA 23238)
516850799     +CBCS,    PO Box 2589,   Columbus, OH 43216-2589
516850800     +CITI,    PO Box 6241,   Sioux Falls, SD 57117-6241
516850796     +Cap One NA,    PO Box 26625,   Richmond, VA 23261-6625
516964539      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516850798     +Carrington Mortgage Services, LLC,    1600 S. Douglas Road,    Suite 200 A,
                Anaheim, CA 92806-5951
516850801     +Credit First N A,    6275 Eastland Road,    Brookpark , OH 44142-1399
516897787      Credit First NA,    BK13 Recovery Services,    PO Box 818011,    Cleveland, OH 44181-8011
516850805      OneMain Financial,    Attn Bankruptcy Department,    PO Box 140489,    Irving, Texas 75014-0489
516850807    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of NJ Division of Taxation,    Attn Bankruptcy Department,
                 PO Box 245,   Trenton, New Jersey 08695-0267)
516850806     +Shapiro & DeNardo, LLC,    Attn: Kathleen M. Magoon,    14000 Commerce Parkway, Suite B,
                Mt. Laurel, NJ 08054-2242
516850810    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial,    4 Gatehall Drive,   Suite 350,
                 Parsippany, NJ 07054)
516883870     +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
516850812     +US Department of Ed/Glelsi,    PO Box 7860,   Madison, WI 53707-7860
516850814     +WF Card Service,    3201 N 4th Avenue,   Sioux Falls, SD 57104-0700
516936553      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    P.O. BOX 19657,    IRVINE, CA 92623-9657
516850813     +Wells Fargo Dealer Services,    PO Box 1697,   Winterville, North Carolina 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2017 23:31:01      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2017 23:30:59      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516850803      E-mail/Text: cio.bncmail@irs.gov Jul 27 2017 23:30:41      IRS Special Procedures,
                 Bankruptcy Department,   PO Box 744,   Springfield, New Jersey 07081-0744
516850804     +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 27 2017 23:30:33      Kohls/Capone,
                 N56 W 17000 Ridgewood Drive,   Menomonee Falls, WI 53051-7096
516850808     +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2017 23:46:01      SYNCB/Sams Club,   PO Box 965005,
                 Orlando, FL 32896-5005
516852718     +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2017 23:45:51      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516850809     +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2017 23:46:01      Synchrony Bank,   PO Box 965064,
                 Orlando, Florida 32896-5064
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516850802*    +Internal Revenue Service,   PO Box 7346,   Philadelphia, Pennsylvania 19101-7346
516850811*   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial,    4 Gatehall Drive,   Suite 350,
                 Parsippany, New Jersey 07054)
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jul 27, 2017
                              Form ID: 186             Total Noticed: 27

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               Mortgage Loan Trust, Series 2006-FRE2 Asset-Backed Pass-Through Certificates cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Steven N. Taieb    on behalf of Joint Debtor Katrina J. Jones staieb@comcast.net
              Steven N. Taieb    on behalf of Debtor Charles L. Jones staieb@comcast.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6
```