Last revised 8/1/15

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  　　　　　　　　　　　　　　　　　　　　　　　Case No.:　　17-20887

　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge:　　　CMG

　　　　CHARLES L. & KATRINA J. JONES　　　　　　　Chapter:　　　13

　　　　Debtor(s)

## Chapter 13 Plan and Motions

☐ Original　　　　☒ Modified/Notice Required　　　　☒ Discharge Sought

☐ Motions Included　　☐ Modified/No Notice Required　　☐ No Discharge Sought

Date:　　　7/20/17

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice.  **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: Payment and Length of Plan |
|---|
| a. The debtor shall pay $ __200__ per __month__ to the Chapter 13 Trustee, starting on __8/1/17__ for approximately __10__ months, then $1,100 for 48 months. ($400 ptd)<br><br>b. The debtor shall make plan payments to the Trustee from the following sources:<br><br>　　☒　Future earnings<br><br>　　☐　Other sources of funding (describe source, amount and date when funds are available): |

1

    c.  Use of real property to satisfy plan obligations:

        ☐  Sale of real property
           Description:

           Proposed date for completion: _____

        ☐  Refinance of real property:
           Description:
           Proposed date for completion: _____

        ☐  Loan modification with respect to mortgage encumbering property:
           Description:
           Proposed date for completion: _____

    d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e.  ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:**    **Adequate Protection**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:**    **Priority Claims (Including Administrative Expenses)**

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Steven N. Taieb, Esq. | Administrative Priority Counsel Claim | $2,810 |
| IRS | Taxes | $9,851.27 |
| State of NJ | Taxes | $2,000 |

**Part 4:**    **Secured Claims**

    **a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Carrington | Mortgage | $19,000 | | $19,000 | $2,878 |
| Toyota | 2011 Sienna | $200.23 | | $200.23 | $700 |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan: Lexis Fin.-Current Outside Plan on 2010 RX350
Nissan-Current Outside Plan on 2012 Versa

**e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:   Unsecured Claims

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than _____100_____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| US Dept of Education/Glelsi | Student Loans | Current Outside Plan | $133,383 |

## Part 6:   Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| I Storage | Exec. Contract | Assume |
| Choice Home Warranty | Exec Contract | Assume |

## Part 7:   Motions

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor Nature | of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b. **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

**Part 8:    Other Plan Provisions**

**a. Vesting of Property of the Estate**
- ☒ Upon confirmation
- ☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2) Administrative Priority Claims
3) Secured Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____5/26/17_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Changing Plan to 100% | Changing Plan to 100% |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:   Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date:  7/25/17                                         /s/ Steven N. Taieb, Esq.
                                                       Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date:  7/25/17                                         /s/ Charles L. Jones
                                                       Debtor

Date:  7/25/17                                         /s/ Katrina J. Jones
                                                       Joint Debtor

```
                              United States Bankruptcy Court
                                  District of New Jersey
In re:                                                          Case No. 17-20887-CMG
Charles L. Jones                                                Chapter 13
Katrina J. Jones
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin                 Page 1 of 2                Date Rcvd: Jul 27, 2017
                               Form ID: pdf901             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2017.
db             +Charles L. Jones,    7 Elridge Place,    Willingboro, NJ 08046-2232
jdb            +Katrina J. Jones,    7 Elridge Place,    Willingboro, NJ 08046-2232
516850795      +Barclays Bank Delaware,    PO Box 8803,    Wilmington, NJ 19899-8803
516850797     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:   Capital One Bank USA N,    15000 Capital One Drive,
                  Richmond, VA 23238)
516850799      +CBCS,   PO Box 2589,    Columbus, OH 43216-2589
516850800      +CITI,   PO Box 6241,    Sioux Falls, SD 57117-6241
516850796      +Cap One NA,    PO Box 26625,    Richmond, VA 23261-6625
516964539       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516850798      +Carrington Mortgage Services, LLC,     1600 S. Douglas Road,    Suite 200 A,
                  Anaheim, CA 92806-5951
516850801      +Credit First N A,    6275 Eastland Road,    Brookpark , OH 44142-1399
516897787       Credit First NA,    BK13 Recovery Services,    PO Box 818011,    Cleveland, OH 44181-8011
516850805       OneMain Financial,    Attn Bankruptcy Department,    PO Box 140489,    Irving, Texas 75014-0489
516850807     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:   State of NJ Division of Taxation,    Attn Bankruptcy Department,
                  PO Box 245,    Trenton, New Jersey 08695-0267)
516850806      +Shapiro & DeNardo, LLC,    Attn: Kathleen M. Magoon,    14000 Commerce Parkway, Suite B,
                  Mt. Laurel, NJ 08054-2242
516850810     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Financial,    4 Gatehall Drive,    Suite 350,
                  Parsippany, NJ 07054)
516883870      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516850812      +US Department of Ed/Glelsi,    PO Box 7860,    Madison, WI 53707-7860
516850814      +WF Card Service,    3201 N 4th Avenue,    Sioux Falls, SD 57104-0700
516936553       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,     P.O. BOX 19657,    IRVINE, CA 92623-9657
516850813      +Wells Fargo Dealer Services,    PO Box 1697,    Winterville, North Carolina 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2017 23:31:01      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2017 23:30:59      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516850803       E-mail/Text: cio.bncmail@irs.gov Jul 27 2017 23:30:39      IRS Special Procedures,
                  Bankruptcy Department,    PO Box 744,    Springfield, New Jersey 07081-0744
516850804      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 27 2017 23:30:32      Kohls/Capone,
                  N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
516850808      +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2017 23:38:40      SYNCB/Sams Club,    PO Box 965005,
                  Orlando, FL 32896-5005
516852718      +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2017 23:45:59      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516850809      +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2017 23:45:48      Synchrony Bank,    PO Box 965064,
                  Orlando, Florida 32896-5064
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516850802*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, Pennsylvania 19101-7346
516850811*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Financial,    4 Gatehall Drive,    Suite 350,
                  Parsippany, New Jersey 07054)
                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 27, 2017
                              Form ID: pdf901          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               Mortgage Loan Trust, Series 2006-FRE2 Asset-Backed Pass-Through Certificates cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Steven N. Taieb    on behalf of Joint Debtor Katrina J. Jones staieb@comcast.net
              Steven N. Taieb    on behalf of Debtor Charles L. Jones staieb@comcast.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 6
```