UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

CGG 17-018346
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Alex - 171402015
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Rebecca Cirrinicione 031212012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR WELLS FARGO BANK, N.A., AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-FRE2 ASSET-BACKED PASS-THROUGH CERTIFICATES

IN RE:

CHARLES L JONES AND KATRINA J JONES,
DEBTORS

Order Filed on February 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 17-20887-CMG

HEARING DATE: OCTOBER 18, 2017

JUDGE: HONORABLE CHRISTINE M GRAVELLE

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: February 14, 2018

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-FRE2 Asset-Backed Pass-Through Certificates upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtors to make payments on his mortgage and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtors and the attorney for the Debtors, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtors are currently delinquent in post-petition payments for the months of August 1, 2017 through January 1, 2018 in the amount of $13,240.38 less a suspense balance of $44.54, for a total delinquency of $13,195.84.

2. To cure this delinquency, Debtor agrees to remit funds in the amount of $2,206.73 within ten (10) days of entry of this Order.

3. Debtor agrees to make a second payment in the amount of $2,206.73 with in thirty (30) days of entry of this Order.

4. Debtor agrees to capitalize the remaining post-petition arrearages, $10,989.11, to be paid through the remaining Chapter 13 Plan. An Amended Chapter 13 Plan must be filed within thirty (30) days of entry of this Order.

5. Starting February 1, 2017, Debtor also agrees to maintain all contractually due payments, which currently amount to $2,206.73.

6. Debtors shall reimburse Secured Creditor $350.00 in attorney fees and $181.00 in court costs through his/her Amended Chapter 13 Plan of Reorganization. The Trustee shall amend his/her records to reflect same.

7. If the Debtor(s) fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor(s) failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor(s) Counsel and Debtor(s) as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_____
CHARLES G. WOHLRAB, ESQ.
Attorney for the Secured Creditor

_____
STEVEN N. TAIEB, ESQ.
Attorney for the Debtors

2