| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>CGG 17-018346<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856)793-3080<br>Chandra M. Arkema - 029552006<br>Krystin M. Alex - 171402015<br>Katherine Knowlton Lopez - 013502011<br>Kathleen M. Magoon - 040682010<br>Donna L. Skilton - 013072007<br>Charles G. Wohlrab - 016592012<br>Rebecca Cirrinicione 031212012<br>Courtney A. Martin - 098782016<br>Jeffrey Rappaport - 003431991<br>ATTORNEYS FOR WELLS FARGO BANK, N.A., AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-FRE2 ASSET-BACKED PASS-THROUGH CERTIFICATES | Order Filed on February 14, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>CHARLES L JONES AND KATRINA J JONES,<br>DEBTORS | CASE NO.: 17-20887-CMG<br><br>HEARING DATE: OCTOBER 18, 2017<br><br>JUDGE: HONORABLE CHRISTINE M GRAVELLE |

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: February 14, 2018

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-FRE2 Asset-Backed Pass-Through Certificates upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtors to make payments on his mortgage and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtors and the attorney for the Debtors, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtors are currently delinquent in post-petition payments for the months of August 1, 2017 through January 1, 2018 in the amount of $13,240.38 less a suspense balance of $44.54, for a total delinquency of $13,195.84.

2. To cure this delinquency, Debtor agrees to remit funds in the amount of $2,206.73 within ten (10) days of entry of this Order.

3. Debtor agrees to make a second payment in the amount of $2,206.73 with in thirty (30) days of entry of this Order.

4. Debtor agrees to capitalize the remaining post-petition arrearages, $10,989.11, to be paid through the remaining Chapter 13 Plan. An Amended Chapter 13 Plan must be filed within thirty (30) days of entry of this Order.

5. Starting February 1, 2017, Debtor also agrees to maintain all contractually due payments, which currently amount to $2,206.73.

6. Debtors shall reimburse Secured Creditor $350.00 in attorney fees and $181.00 in court costs through his/her Amended Chapter 13 Plan of Reorganization. The Trustee shall amend his/her records to reflect same.

7. If the Debtor(s) fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor(s) failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor(s) Counsel and Debtor(s) as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_____
CHARLES G. WOHLRAB, ESQ.
Attorney for the Secured Creditor

_____
STEVEN N. TAIEB, ESQ.
Attorney for the Debtors

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-20887-CMG
Charles L. Jones　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
Katrina J. Jones
　　　　Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Feb 14, 2018
　　　　　　　　　　　　Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
db　　　　+Charles L. Jones,　　7 Elridge Place,　　Willingboro, NJ 08046-2232
jdb　　　　+Katrina J. Jones,　　7 Elridge Place,　　Willingboro, NJ 08046-2232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
　　　　　Albert　Russo　　docs@russotrustee.com
　　　　　Charles G. Wohlrab　　on behalf of Creditor　　Wells Fargo Bank, N.A., as Trustee for Carrington
　　　　　Mortgage Loan Trust, Series 2006-FRE2 Asset-Backed Pass-Through Certificates cwohlrab@logs.com,
　　　　　njbankruptcynotifications@logs.com
　　　　　Denise E. Carlon　　on behalf of Creditor　　Toyota Motor Credit Corporation
　　　　　dcarlon@kmllawgroup.com,　　bkgroup@kmllawgroup.com
　　　　　Steven N. Taieb　　on behalf of Joint Debtor Katrina J. Jones staieb@comcast.net
　　　　　Steven N. Taieb　　on behalf of Debtor Charles L. Jones staieb@comcast.net
　　　　　U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6