Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                       Case No.:  17−20887−CMG
                       Chapter:  13
                       Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles L. Jones                                  Katrina J. Jones
   7 Elridge Place                                     7 Elridge Place
   Willingboro, NJ 08046                      Willingboro, NJ 08046

Social Security No.:
   xxx−xx−7476                                       xxx−xx−3530

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on June 7, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 7, 2018
JAN: ckk

                                                                                 Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-20887-CMG
Charles L. Jones                                                                Chapter 13
Katrina J. Jones
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jun 07, 2018
                              Form ID: 148             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2018.
```
db           +Charles L. Jones,    7 Elridge Place,    Willingboro, NJ 08046-2232
jdb          +Katrina J. Jones,    7 Elridge Place,    Willingboro, NJ 08046-2232
516850799    +CBCS,    PO Box 2589,    Columbus, OH 43216-2589
516850798    +Carrington Mortgage Services, LLC,    1600 S. Douglas Road,    Suite 200 A,
               Anaheim, CA 92806-5951
516850807   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  State of NJ Division of Taxation,    Attn Bankruptcy Department,
               PO Box 245,   Trenton, New Jersey 08695-0267)
516850806    +Shapiro & DeNardo, LLC,    Attn: Kathleen M. Magoon,    14000 Commerce Parkway, Suite B,
               Mt. Laurel, NJ 08054-2242
516883870    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517038306     US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
516850812    +US Department of Ed/Glelsi,    PO Box 7860,    Madison, WI 53707-7860
517090602    +Wells Fargo Bank, N.A., as Trustee for Carrington,    C/O Carrington Mortgage Services, LLC,
               1600 South Douglass Road, Suite 200-A,    Anaheim, California 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2018 22:45:30    U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2018 22:45:28    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516850795    +EDI: TSYS2.COM Jun 08 2018 02:18:00     Barclays Bank Delaware,    PO Box 8803,
               Wilmington, NJ 19899-8803
516850797     EDI: CAPITALONE.COM Jun 08 2018 02:18:00     Capital One Bank USA N,    15000 Capital One Drive,
               Richmond, VA 23238
516850800    +EDI: CITICORP.COM Jun 08 2018 02:18:00     CITI,    PO Box 6241,    Sioux Falls, SD 57117-6241
516850796    +EDI: CAPITALONE.COM Jun 08 2018 02:18:00     Cap One NA,    PO Box 26625,
               Richmond, VA 23261-6625
516964539     EDI: BL-BECKET.COM Jun 08 2018 02:19:00     Capital One, N.A.,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
516850801    +EDI: CRFRSTNA.COM Jun 08 2018 02:18:00     Credit First N A,    6275 Eastland Road,
               Brookpark , OH 44142-1399
516897787     EDI: CRFRSTNA.COM Jun 08 2018 02:18:00     Credit First NA,    BK13 Recovery Services,
               PO Box 818011,    Cleveland, OH 44181-8011
516850803     EDI: IRS.COM Jun 08 2018 02:19:00     IRS Special Procedures,    Bankruptcy Department,
               PO Box 744,    Springfield, New Jersey 07081-0744
516850804    +EDI: CBSKOHLS.COM Jun 08 2018 02:18:00     Kohls/Capone,    N56 W 17000 Ridgewood Drive,
               Menomonee Falls, WI 53051-7096
516977969     EDI: AGFINANCE.COM Jun 08 2018 02:18:00     ONEMAIN,    P.O. BOX 3251,
               EVANSVILLE, IN 47731-3251
516850805     EDI: AGFINANCE.COM Jun 08 2018 02:18:00     OneMain Financial,    Attn Bankruptcy Department,
               PO Box 140489,    Irving, Texas 75014-0489
517231084     EDI: PRA.COM Jun 08 2018 02:18:00     Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk, VA 23541
517231085     EDI: PRA.COM Jun 08 2018 02:18:00     Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
517108173     EDI: PRA.COM Jun 08 2018 02:18:00     Portfolio Recovery Associates, LLC,
               c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517094923     EDI: PRA.COM Jun 08 2018 02:18:00     Portfolio Recovery Associates, LLC,    c/o Sams Club,
               POB 41067,    Norfolk VA 23541
517108165     EDI: PRA.COM Jun 08 2018 02:18:00     Portfolio Recovery Associates, LLC,
               c/o Sears/Orchard Bank,    POB 41067,    Norfolk VA 23541
516850808    +EDI: RMSC.COM Jun 08 2018 02:19:00     SYNCB/Sams Club,    PO Box 965005,
               Orlando, FL 32896-5005
516852718    +EDI: RMSC.COM Jun 08 2018 02:19:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
516850809    +EDI: RMSC.COM Jun 08 2018 02:19:00     Synchrony Bank,    PO Box 965064,
               Orlando, Florida 32896-5064
516850810     EDI: TFSR.COM Jun 08 2018 02:18:00     Toyota Financial,    4 Gatehall Drive,    Suite 350,
               Parsippany, NJ 07054
516850811     EDI: TFSR.COM Jun 08 2018 02:18:00     Toyota Financial,    4 Gatehall Drive,    Suite 350,
               Parsippany, New Jersey 07054
516995068    +EDI: AIS.COM Jun 08 2018 02:18:00     Verizon,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
516971365     EDI: AIS.COM Jun 08 2018 02:18:00     Verizon,    by American InfoSource LP as agent,
               PO Box 248838,    Oklahoma City, OK  73124-8838
516850814    +EDI: WFFC.COM Jun 08 2018 02:18:00     WF Card Service,    3201 N 4th Avenue,
               Sioux Falls, SD 57104-0700
516936553     EDI: WFFC.COM Jun 08 2018 02:18:00     Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
               P.O. BOX 19657,    IRVINE, CA 92623-9657
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jun 07, 2018
                              Form ID: 148             Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517021215         EDI: WFFC.COM Jun 08 2018 02:18:00     Wells Fargo Bank, N.A., Wells Fargo Card Services,
                   PO Box 10438, MAC F8235-02F,   Des Moines, IA  50306-0438
516850813        +EDI: WFFC.COM Jun 08 2018 02:18:00     Wells Fargo Dealer Services,   PO Box 1697,
                   Winterville, North Carolina 28590-1697
                                                                                                TOTAL: 29

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516850802*       +Internal Revenue Service,    PO Box 7346,   Philadelphia, Pennsylvania 19101-7346
517034517*       +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
                                                                                     TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2018 at the address(es) listed below:
```
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Albert   Russo    docs@russotrustee.com
         Charles G. Wohlrab    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Carrington
          Mortgage Loan Trust, Series 2006-FRE2 Asset-Backed Pass-Through Certificates cwohlrab@logs.com,
          njbankruptcynotifications@logs.com
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Steven N. Taieb    on behalf of Joint Debtor Katrina J. Jones staieb@comcast.net
         Steven N. Taieb    on behalf of Debtor Charles L. Jones staieb@comcast.net
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 7
```