| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Albert Russo |
| CN 4853 |
| Trenton, NJ   08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |

Order Filed on June 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Charles L. Jones
Katrina J. Jones

Debtor(s)

Case No.: 17-20887 / CMG

Chapter 13

Hearing Date: 6/6/18 at 9:00 AM

Judge: Christine M. Gravelle

## CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 7, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Charles L. Jones  
Katrina J. Jones  
    Debtors

Case No. 17-20887-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 07, 2018  
                      Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2018.  
db          +Charles L. Jones,    7 Elridge Place,    Willingboro, NJ 08046-2232  
jdb         +Katrina J. Jones,    7 Elridge Place,    Willingboro, NJ 08046-2232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                                         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2018 at the address(es) listed below:  
        Albert Russo    on behalf of Trustee Albert Russo    docs@russotrustee.com  
        Albert Russo    docs@russotrustee.com  
        Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-FRE2 Asset-Backed Pass-Through Certificates    cwohlrab@logs.com, njbankruptcynotifications@logs.com  
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation    dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Steven N. Taieb    on behalf of Joint Debtor Katrina J. Jones    staieb@comcast.net  
        Steven N. Taieb    on behalf of Debtor Charles L. Jones    staieb@comcast.net  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                              TOTAL: 7